

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 5, 2023**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HIGHLAND SELECT | § | |
| EQUITY MASTER FUND, L.P. | § | CASE NO: 23-31037-swe7 |
| | § | (Chapter 7) |
| DEBTOR. | § | |

**ORDER GRANTING UNOPPOSED MOTION TO
EXTEND TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

On this day came for consideration the Unopposed Motion to Extend Time to File Schedules (the "Motion"), filed by Highland Select Equity Master Fund, L.P. (the "Debtor"). The Court finds that notice of the Motion was reasonable and sufficient under the circumstances. Based upon the pleadings and representations of counsel and the lack of any opposition by the Chapter 7 Trustee, the Court finds that the Motion should be granted. **IT IS THEREFORE,**

**ORDERED** that the Motion is granted. **IT IS FURTHER,**

**ORDERED** that the deadlines for filing the Schedules, Statements, and other documents required to be filed by the Debtor pursuant to Federal Rule of Bankruptcy Procedure 1007(b) and (d) are hereby extended to and including June 16, 2023.

### ###END OF ORDER###

Submitted by:

Hudson M. Jobe
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100 – Telephone
(214) 871-2111 – Facsimile
hjobe@qslwm.com - Email