Jerry C. Alexander
Texas Bar No. 00993500
alexanderj@passmanjones.com
**PASSMAN & JONES**
1201 Elm Street, Suite 2500
Dallas, Texas 75270-2500
(214) 742-2121 Telephone
(214) 748-7949 Facsimile

**INTERIM COUNSEL TO TRUSTEE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| HIGHLAND SELECT EQUITY MASTER FUND, L.P. | § § § § | Case No. 23-31037 swe7 (Chapter 7) |
| *Debtor*, | § | |

## NOTICE OF APPEARANCE, REQUEST FOR ALL
## NOTICES AND FOR SERVICE OF ALL PAPERS

COMES NOW, Jerry C. Alexander of the law firm of Passman & Jones, P.C., and enters this appearance shown below, as interim counsel for Scott M. Seidel, Chapter 7 Trustee for the Bankruptcy Estate of Highland Select Equity Master Fund, L.P., and respectfully requests this Court and opposing counsel serve upon him copies of all notices and pleadings filed or served in the above-referenced matter as set forth below:

Jerry C. Alexander
Texas Bar No. 00993500
alexanderj@passmanjones.com
**PASSMAN & JONES, P.C.**
1201 Elm Street, Suite 2500
Dallas, Texas  75270-2599
(214) 742-2121 Telephone
(214) 748-7949 Facsimile

DATED this 6th day of July, 2023.

Respectfully submitted,

*/s/ Jerry C. Alexander*
Jerry C. Alexander
Texas Bar No. 00993500
alexanderj@passmanjones.com

**PASSMAN & JONES, P.C.**
1201 Elm Street, Suite 2500
Dallas, Texas 75270-2599
(214) 742-2121 Telephone
(214) 748-7949 Facsimile

*Interim Counsel for*
*Scott M. Seidel, Chapter 7 Trustee*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 6th day of July, 2023, pursuant to the Federal Rules of Civil Procedure, via ECF/PACER.

*/s/ Jerry C. Alexander*
Jerry C. Alexander