Jerry C. Alexander
Texas Bar No. 00993500
alexanderj@passmanjones.com
**PASSMAN & JONES**
1201 Elm Street, Suite 2500
Dallas, Texas 75270-2500
(214) 742-2121 Telephone
(214) 748-7949 Facsimile

**INTERIM COUNSEL TO TRUSTEE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **HIGHLAND SELECT EQUITY** | § | Case No. 23-31037 swe7 |
| **MASTER FUND, L.P.** | § | (Chapter 7) |
| | § | |
| *Debtor*, | § | |

## TRUSTEE'S NOTICE OF CONTINUED § 341 MEETING

Please be advised that the continuation of the Meeting of Creditors pertaining to the captioned matter, which had been scheduled for July 18, 2023, has been **re-scheduled and will now take place on July 26, 2023, at 1:30 p.m.** The meeting will be conducted telephonically at either 877-558-6034 or 517-233-6341, Participant Code 4157023. All parties disclosed on the attached service list are being served a copy of this notice.

    */s/ Jerry C. Alexander*
    Jerry C. Alexander
    Texas Bar No. 00993500
    alexanderj@passmanjones.com
    **PASSMAN & JONES, P.C.**
    1201 Elm Street, Suite 2500
    Dallas, Texas 75270-2599
    (214) 742-2121 Telephone
    (214) 748-7949 Facsimile
    *Interim Counsel for*
    *Scott M. Seidel, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been mailed via U.S. First Class Mail and/or Electronic Mail to the parties set forth on the attached Service List on this, the 10th day of July, 2023.

                                          */s/ Jerry C. Alexander*
                                          Jerry C. Alexander