Jerry C. Alexander
Texas Bar No. 00993500
alexanderj@passmanjones.com
**PASSMAN & JONES**
1201 Elm Street, Suite 2500
Dallas, Texas 75270-2500
(214) 742-2121 Telephone
(214) 748-7949 Facsimile

**COUNSEL TO TRUSTEE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| **HIGHLAND SELECT EQUITY MASTER FUND, L.P.** | § § § § | Case No. 23-31037-swe7 (Chapter 7) |
| *Debtor.* | § § § | |
| IN RE: | § § | |
| **HIGHLAND SELECT EQUITY FUND GP, L.P.,** | § § § § | Case No. 23-31039 mvl7 (Chapter 7) |
| *Debtor*. | § | |

<u>**TRUSTEE'S RESPONSE TO DEBTOR'S MOTION TO TRANSFER/REASSIGN CASE**</u>

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW Scott Seidel, Chapter 7 Trustee ("***Trustee***") of the Bankruptcy Estate of Highland Select Equity Master Fund, L.P. ("***Debtor***"), and makes and files this his Response to Debtor's Motion to Transfer/Reassign Case, and shows the Court as follows:

**I.**

The Trustee was only appointed to this case on May 25, 2023 and has not even had time to formally retain counsel. The undersigned has agreed to act as counsel in the interim.

**II.**

The Trustee serves at the pleasure of all of the Honorable Bankruptcy Courts for the Northern District of Texas and is desirous of accommodating those Courts in the manner of their choosing.

**III.**

Therefore, the Trustee states he will go forward and serve in this Honorable Court or in any other Court to which this bankruptcy case is transferred.

Dated: July 10, 2023

Respectfully submitted,

*/s/ Jerry C. Alexander*
Jerry C. Alexander
Texas Bar No. 00993500
alexanderj@passmanjones.com
**PASSMAN & JONES**
1201 Elm Street, Suite 2500
Dallas, Texas 75270-2500
(214) 742-2121 Telephone
(214) 748-7949 Facsimile

**INTERIM COUNSEL FOR THE TRUSTEE**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Trustee's Response to Debtor's Motion to Transfer/Reassign Case was served on all Counsel via the Court's ECF/PACER system on the 10th day of July 2023.

*/s/ Jerry C. Alexander*
Jerry C. Alexander