

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 14, 2023**

**United States Bankruptcy Judge**

_____

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                §
Highland Select Equity Master Fund, L.P.   §   Case No.:  23−31037−swe7
                                      §   Chapter No.:  7
                      Debtor(s)       §

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **JEREMY A ROOT**, to represent THE DUGABOY INVESTMENT TRUST, related to document #23, **ORDERS** this application be:

☑ *Granted* − The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐ *Denied* − The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #

United States Bankruptcy Court
Northern District of Texas

| | |
|---|---|
| In re: | Case No. 23-31037-swe |
| Highland Select Equity Master Fund, L.P. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 14, 2023 | Form ID: pdf012 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | Jeremy A. Root, Stinson LLP, 230 W. McCarty Street, Jefferson City, MO 65101-1553 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2023            Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Deborah Rose Deitsch-Perez | on behalf of Creditor The Dugaboy Investment Trust deborah.deitschperez@stinson.com patricia.tomasky@stinson.com;kinga.mccoy@stinson.com |
| Hudson M. Jobe | on behalf of Debtor Highland Select Equity Master Fund  L.P. hjobe@qslwm.com, nchancellor@qslwm.com |
| Jerry C. Alexander | on behalf of Trustee Scott M. Seidel alexanderj@passmanjones.com  chandlers@passmanjones.com |
| Melissa S. Hayward | on behalf of Creditor Highland Capital Management  L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com |
| Scott M. Seidel | scott@scottseidel.com  susan.seidel@earthlink.net;sms01@trustesolutions.net |
| Scott M. Seidel | on behalf of Trustee Scott M. Seidel scott@scottseidel.com  susan.seidel@earthlink.net;sms01@trustesolutions.net |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| Zachery Z. Annable | on behalf of Creditor Highland Capital Management  L.P. zannable@haywardfirm.com |

District/off: 0539-3 User: admin Page 2 of 2
Date Rcvd: Jul 14, 2023 Form ID: pdf012 Total Noticed: 1
TOTAL: 8