IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND SELECT EQUITY MASTER FUND, L.P.,<br><br>                  Debtor. | Chapter 7<br><br>Case No. 23-31037-swe7 |

### APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: Hayley R. Winograd

2. Firm Name: Pachulski Stang Ziehl & Jones LLP

3. Address: 780 3rd Ave, 34th Floor, New York, NY 10017

4. Phone: (212) 561-7700      Fax: (212) 561-7777

   Email: hwinograd@pszjlaw.com

5. Name used to sign *all* pleadings: Hayley R. Winograd

6. Retained by: Highland Capital Management, L.P.

7. Admitted on May 14, 2018 and presently a member in good standing of the bar of the highest court of the state of New York and issued the bar license number of 5612569.

8. Admitted to practice before the following courts:

   | *Court*: | *Admission Date*: |
   |---|---|
   | U.S. District Court, Southern District New York | March 1, 2022 |
   | U.S. District Court, Western District New York | October 19, 2022 |
   | U.S. Court of Appeals for the Fifth Circuit | March 24, 2021 |

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes   ☐ No

   If "No", please list all court which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

☐ Yes ☒ No

If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

☐ Yes ☒ No

If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

| *Date of Application* | *Case No. and Style* |
|---|---|
| 11/11/2020 | 19-34054, In re: Highland Capital Management, L.P. |

13. Local Counsel of record: Melissa S. Hayward

14. Local Counsel's Address: Hayward PLLC
10501 N. Central Expy
Suite 106
Dallas, Texas 75231

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00.

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

_____     ___July 17_, 2023_____
Hayley R. Winograd                                            Date