Jerry C. Alexander
Texas Bar No. 00993500
alexanderj@passmanjones.com
**PASSMAN & JONES**
1201 Elm Street, Suite 2500
Dallas, Texas 75270-2500
(214) 742-2121 Telephone
(214) 748-7949 Facsimile

**COUNSEL TO TRUSTEE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **HIGHLAND SELECT EQUITY** | § | **Case No. 23-31037-swe7** |
| **MASTER FUND, L.P.** | § | **(Chapter 7)** |
| | § | |
| *Debtor.* | § | |
| | § | |
| **IN RE:** | § | |
| | § | |
| **HIGHLAND SELECT EQUITY** | § | **Case No. 23-31039 mvl7** |
| **FUND GP, L.P.,** | § | **(Chapter 7)** |
| | § | |
| *Debtor.* | § | |

## <u>NOTICE OF CANCELLATION OF HEARING</u>

PLEASE TAKE NOTICE, that the hearing on Debtor's Motion to Transfer/Reassign Case

which was scheduled for Wednesday, July 19, 2023 at 1:30 p.m. before the Honorable Judge Scott

W. Everett in the U.S. Bankruptcy Court for the Northern District of Texas, has been cancelled.

Date:   July 18, 2023

Respectfully submitted,

*/s/ Jerry C. Alexander*
Jerry C. Alexander
Texas Bar No. 00993500
alexanderj@passmanjones.com

**PASSMAN & JONES**
1201 Elm Street, Suite 2500
Dallas, Texas 75270-2500
(214) 742-2121 Telephone
(214) 748-7949 Facsimile

**INTERIM COUNSEL FOR THE TRUSTEE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Cancellation of Hearing regarding the Debtor's Motion to Transfer/Reassign Case was served on all Counsel via the Court's ECF/PACER system on the 18th day of July 2023.

*/s/ Jerry C. Alexander*
Jerry C. Alexander