# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| HIGHLAND SELECT EQUITY § | Case No. 23-31037-swe-7 |
| MASTER FUND, L.P. § | |
| § | Chapter 7 |
| § | |
| DEBTOR § | |

## TRUSTEE'S NOTICE OF ASSETS
## AND REQUEST FOR CHANGE OF STATUS

The above titled and numbered proceeding was originally noticed as a no-asset case; no chapter 7 claims bar date has been established. I hereby request that the status of this case be changed to an asset case. Please establish a chapter 7 bar date and notify creditors to file a Proof of Claim.

Respectfully submitted,

*/s/ Scott M. Seidel*
Scott M. Seidel, Esq.
State Bar No. 17999450

6505 W. Park Blvd, Ste. 306
Plano, Texas 75093
Telephone: 214-234-2500
scott@scottseidel.com
CHAPTER 7 TRUSTEE