**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| HIGHLAND SELECT EQUITY MASTER | ) Case No. 23-31037-swe7 |
| FUND, L.P., | ) |
| | ) |
| Debtor. | ) |

**APPLICATION FOR ADMISSION *PRO HAC VICE***

1.    Name: Pomerantz, Jeffrey N.

2.    Firm Name:  Pachulski Stang Ziehl & Jones LLP

3.    Address:  10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067

4.    Phone: (310) 277-6910            Fax: (310) 201-0760

       Email: jpomerantz@pszjlaw.com

5.    Name used to sign *all* pleadings:  Jeffrey N. Pomerantz

6.    Retained by:  Highland Capital Management, L.P.

7.    Admitted on December 11, 1989 and presently a member in good standing of the
       bar of the highest court of the state of California and issues the bar license number
       of 143717.

8.    Admitted to practice before the following courts:

| *Court*: | *Admission Date*: |
|---|---|
| U.S. District Court, Northern District of California | April 9, 1992 |
| U.S. District Court, Southern District of California | May 16, 1991 |
| U.S. District Court, Eastern District of California | August 23, 1993 |
| U.S. District Court, Central District of California | March 15, 1990 |
| U.S. Court of Appeals for the Fifth Circuit | March 26, 2021 |
| U.S. Court of Appeals for the Ninth Circuit | December 11, 1989 |

9.    Are you presently a member in good standing of the bars of the courts listed
       above?

       ☒ Yes    ☐ No

       If "No", please list all court which you are no longer admitted to practice:

10.  Have you ever been subject to a grievance proceeding or involuntary removal
     proceeding while a member of the bar of any state or federal court?

     ☐ Yes    ☒ No

     If "Yes," please provide details:

     _____

11.  Other than minor traffic offenses, have you ever been charged, arrested, or
     convicted of a criminal offense or offenses?

     ☐ Yes    ☒ No

     If "Yes," please provide details:

     _____

12.  Please list all cases in the United States Bankruptcy Court, Northern District of
     Texas in which you have filed for *pro hac vice* in the past three years:

         *Date of Application*              *Case No. and Style*
         N/A

13.  Local Counsel of record:        Melissa S. Hayward_____

14.  Local Counsel's Address:        Hayward PLLC
                                     10501 N. Central Expy
                                     Suite 106
                                     Dallas, Texas 75231


     I respectfully request to be admitted to practice in the United States Bankruptcy
Court for the Northern District of Texas for this cause only.

     I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan
Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy
rules of this court and will comply with the standards of practice adopted in *Dondi* and
with the local civil and bankruptcy rules.

     ☒ I am an ECF filer. I also certify that I have served a true and correct copy of
this document upon each attorney of record and filed the application via ECF with the
payment of $100.00.

2

☐  I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.


_Jeffrey N. Pomerantz_          9-29    , 2023  _____

Jeffrey N. Pomerantz                    Date

3