

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 3, 2023**

**United States Bankruptcy Judge**

_____

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Highland Select Equity Master Fund, L.P. § Case No.: 23−31037−swe7
 § Chapter No.: 7
Debtor(s) §

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **JEFFREY N. POMERANTZ**, to represent HIGHLAND CAPITAL MANAGEMENT, related to document #41, **ORDERS** this application be:

☑ *Granted* − The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐ *Denied* − The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #

United States Bankruptcy Court

Northern District of Texas

In re: Case No. 23-31037-swe

Highland Select Equity Master Fund, L.P. Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3      User: admin      Page 1 of 2

Date Rcvd: Oct 03, 2023      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Jeffrey N. Pomerantz, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Deborah Rose Deitsch-Perez | on behalf of Creditor The Dugaboy Investment Trust deborah.deitschperez@stinson.com patricia.tomasky@stinson.com |
| Gregory V. Demo | on behalf of Creditor Highland Capital Management L.P. gdemo@pszjlaw.com, jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com |
| Hayley R Winograd | on behalf of Creditor Highland Capital Management L.P. hwinograd@pszjlaw.com |
| Hudson M. Jobe | on behalf of Debtor Highland Select Equity Master Fund L.P. hjobe@qslwm.com, nchancellor@qslwm.com |
| Jeffrey Nathan Pomerantz | on behalf of Creditor Highland Capital Management L.P. jpomerantz@pszjlaw.com |

District/off: 0539-3  User: admin  Page 2 of 2
Date Rcvd: Oct 03, 2023  Form ID: pdf012  Total Noticed: 1

Jerry C. Alexander
    on behalf of Trustee Scott M. Seidel alexanderj@passmanjones.com chandlers@passmanjones.com

John A Morris
    on behalf of Creditor Highland Capital Management L.P. jmorris@pszjlaw.com

Melissa S. Hayward
    on behalf of Creditor Highland Capital Management L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com

Scott M. Seidel
    on behalf of Trustee Scott M. Seidel scott@scottseidel.com susan.seidel@earthlink.net;sms01@trustesolutions.net

Scott M. Seidel
    scott@scottseidel.com susan.seidel@earthlink.net;sms01@trustesolutions.net

United States Trustee
    ustpregion06.da.ecf@usdoj.gov

Zachery Z. Annable
    on behalf of Creditor Highland Capital Management L.P. zannable@haywardfirm.com

TOTAL: 12