Deborah Deitsch-Perez
Michael P. Aigen
STINSON LLP
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

COUNSEL FOR THE DUGABOY INVESTMENT
TRUST

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re** § | | |
| § | | |
| **HIGHLAND SELECT EQUITY MASTER** § | **Case No. 23-31037-swe7** | |
| **FUND, L.P.** § | | |
| § | **(Chapter 7)** | |
| § | | |
| **Debtor.** § | | |

**APPENDIX IN SUPPORT OF THE DUGABOY INVESTMENT TRUST'S RESPONSE
TO EMERGENCY MOTION IN LIMINE**

| Exhibit | Document | Appendix Page(s) |
|---|---|---|
| 1 | Email from Counsel for HCMLP to Counsel for Dugaboy and others dated October 13, 2023 regarding Select – Motion in Limine/Adjournment | App. 001 – App. 002 |
| 2 | Email from Hudson Jobe to Jenni Bergreen dated September 15, 2023 regarding Highland Select Equity Master Fund, Case No. 23-31037-swe7, Highland Select Equity Fund GP, LLC, Case No. 23-31039-mvl7 – Motion to Transfer | App. 003 – App. 016 |
| 3 | Email from Jenni Bergreen to Hudson Jobe dated September 18, 2023 regarding **CORRECTION** Highland Select Equity Master Fund, Case No. 23-31037-swe7, Highland Select Equity Fund GP, LLC, Case No. 23-31039-mvl7 – Motion to Transfer | App. 011 – App. 017 |

1

| 4 | Email from George Demo to counsel for the parties dated September 13, 2023 regarding Highland Select Equity Master Fund, Case No. 23-31037-swe7, Highland Select Equity Fund GP, LLC, Case No. 23-31039-mvl7 – Motion to Transfer | App. 018 - App. 023 |
|---|---|---|
| 5 | Email from Jeremy Root to counsel for the parties dated July 17, 2023 regarding Highland Select Equity Master Fund, Case No. 23-31037-swe7, Highland Select Equity Fund GP, LLC, Case No. 23-31039-mvl7 – Objections to Exhibit and Witness Lists | App. 024 – App. 025 |

Dated: October 17, 2023

Respectfully submitted,

*/s/ Deborah Deitsch-Perez*
Deborah Deitsch-Perez
State Bar No. 24036072
Michael P. Aigen
State Bar No. 24012196
STINSON LLP
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
(214) 560-2201 telephone
(214) 560-2203 facsimile
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

*Counsel for The Dugaboy Investment Trust*

## CERTIFICATE OF SERVICE

I certify that on October 17, 2023, a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing system to the parties that are registered or otherwise entitled to receive electronic notices in this proceeding.

*/s/ Deborah Deitsch-Perez*
Deborah Deitsch-Perez