

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed December 21, 2023

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HIGHLAND SELECT EQUITY | § | Case No. 23-31037-swe7 |
| MASTER FUND, L.P., | § | |
| | § | |
| *Debtor*. | § | |

### ORDER APPROVING APPLICATION BY TRUSTEE TO EMPLOY
### PASSMAN & JONES, P.C., AS SPECIAL COUNSEL TO THE TRUSTEE

ON THIS DAY, came on for consideration the Application by Trustee to Employ Passman & Jones, P.C., as Special Counsel to the Trustee ("*Application*" herein) filed by Jerry C. Alexander on behalf of Scott M. Seidel ("*Trustee*" herein) [Bankr. Doc. 45] seeking approval of the Court to allow Passman & Jones ("*Passman & Jones*" herein) to serve as Special Counsel to the Trustee as set forth in the Application and Affidavit on file in this matter. No notice of hearing of said Application need be given and no objections have been filed. Trustee and Passman & Jones have represented to this Court that Passman & Jones holds or represents no interest adverse to the Debtor or its estate, that it is disinterested, and that its employment is in the best interest of the estate. It is therefore

ORDERED, that the Trustee is authorized to employ Passman & Jones as Special Counsel to the Trustee pursuant to 11 U.S.C. § 327(a), effective as of June 1, 2023, as requested in the Application, with all fees payable subject to interim and/or final application to and approval of this Court; and it is further

ORDERED, that Passman & Jones shall comply in all respects with N.D. TX L.B.R. 2016.1 and the Rules of the Court as set forth in the United States Bankruptcy Court Northern District of Texas Attorney Desk Reference, including Appendix B and the Guidelines for Compensation and Expense Reimbursement of Professionals contained therein.

# # # END OF ORDER # # #