

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed December 21, 2023

United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HIGHLAND SELECT EQUITY | § | Case No. 23-31037-swe7 |
| MASTER FUND, L.P., | § | |
| | § | |
| *Debtor*. | § | |

### ORDER APPROVING APPLICATION BY TRUSTEE TO EMPLOY
### PASSMAN & JONES, P.C., AS SPECIAL COUNSEL TO THE TRUSTEE

ON THIS DAY, came on for consideration the Application by Trustee to Employ Passman & Jones, P.C., as Special Counsel to the Trustee ("*Application*" herein) filed by Jerry C. Alexander on behalf of Scott M. Seidel ("*Trustee*" herein) [Bankr. Doc. 45] seeking approval of the Court to allow Passman & Jones ("*Passman & Jones*" herein) to serve as Special Counsel to the Trustee as set forth in the Application and Affidavit on file in this matter. No notice of hearing of said Application need be given and no objections have been filed. Trustee and Passman & Jones have represented to this Court that Passman & Jones holds or represents no interest adverse to the Debtor or its estate, that it is disinterested, and that its employment is in the best interest of the estate. It is therefore

ORDERED, that the Trustee is authorized to employ Passman & Jones as Special Counsel to the Trustee pursuant to 11 U.S.C. § 327(a), effective as of June 1, 2023, as requested in the Application, with all fees payable subject to interim and/or final application to and approval of this Court; and it is further

ORDERED, that Passman & Jones shall comply in all respects with N.D. TX L.B.R. 2016.1 and the Rules of the Court as set forth in the United States Bankruptcy Court Northern District of Texas Attorney Desk Reference, including Appendix B and the Guidelines for Compensation and Expense Reimbursement of Professionals contained therein.

# # # END OF ORDER # # #

United States Bankruptcy Court
Northern District of Texas

| | |
|---|---|
| In re: | Case No. 23-31037-swe |
| Highland Select Equity Master Fund, L.P. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 21, 2023 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Passman & Jones, PC, 2500 Renaissance Tower, 1201 Elm Street, Dallas, TX 75270-2102 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 23, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Deborah Rose Deitsch-Perez | on behalf of Creditor The Dugaboy Investment Trust deborah.deitschperez@stinson.com  patricia.tomasky@stinson.com |
| Gregory V. Demo | on behalf of Creditor Highland Capital Management  L.P. gdemo@pszjlaw.com, jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com |
| Hayley R Winograd | on behalf of Creditor Highland Capital Management  L.P. hwinograd@pszjlaw.com |
| Hudson M. Jobe | on behalf of Debtor Highland Select Equity Master Fund  L.P. hjobe@qslwm.com, nchancellor@qslwm.com |
| Jeffrey Nathan Pomerantz | on behalf of Creditor Highland Capital Management  L.P. jpomerantz@pszjlaw.com |

District/off: 0539-3 User: admin Page 2 of 2
Date Rcvd: Dec 21, 2023 Form ID: pdf012 Total Noticed: 1

Jerry C. Alexander
    on behalf of Trustee Scott M. Seidel alexanderj@passmanjones.com chandlers@passmanjones.com

John A Morris
    on behalf of Creditor Highland Capital Management L.P. jmorris@pszjlaw.com

Melissa S. Hayward
    on behalf of Creditor Highland Capital Management L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com

Scott M. Seidel
    on behalf of Trustee Scott M. Seidel scott@scottseidel.com susan.seidel@earthlink.net;sms01@trustesolutions.net

Scott M. Seidel
    scott@scottseidel.com susan.seidel@earthlink.net;sms01@trustesolutions.net

United States Trustee
    ustpregion06.da.ecf@usdoj.gov

Zachery Z. Annable
    on behalf of Creditor Highland Capital Management L.P. zannable@haywardfirm.com

TOTAL: 12