# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | )<br>)<br>) Chapter 7<br>) |
| HIGHLAND SELECT EQUITY MASTER FUND, L.P., | )<br>) Case No. 23-31037-swe7 |
| Debtor. | )<br>) |

## CERTIFICATE OF SERVICE

I, Esmeralda Aguayo, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Reorganized Debtor in the bankruptcy case of *Highland Capital Management, L.P.*, Case No. 19-34054-sgj11 (Bankr. N.D. Tex).

On July 14, 2023, at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Highland Capital Management, L.P.'s Response and Joinder to Motion to Transfer/Reassign Case** [Docket No. 26]

- **Highland Capital Management, L.P.'s Witness and Exhibit List with Respect to Evidentiary Hearing to Be Held on July 19, 2023** [Docket No. 30]

Dated: January 23, 2024

/s/ Esmeralda Aguayo
Esmeralda Aguayo
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

# EXHIBIT A

Case 23-31037-swe7 Doc 65 Filed 01/23/24 Entered 01/23/24 23:20:09 Desc Main
Document Page 2 of 3

# EXHIBIT A

Exhibit A

Chapter 7 Parties Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Highland Capital Management, L.P. | Hayward & Associates PLLC | Melissa S. Hayward, Zachery Z. Annable | MHayward@HaywardFirm.com; ZAnnable@HaywardFirm.com |
| Counsel to Trustee | Passman and Jones | Jerry C. Alexander | alexanderj@passmanjones.com |
| Counsel to Debtor | Quilling, Selander, Lownds, | Hudson M. Jobe | hjobe@qslwm.com |
| Trustee | Seidel Law Firm | Scott M. Seidel | scott@scottseidel.com |
| Counsel to The Dugaboy Investment Trust | Stinson LLP | Deborah Rose Deitsch-Perez | deborah.deitschperez@stinson.com |
| Counsel to The Dugaboy Investment Trust | Stinson LLP | Jeremy A. Root | jeremy.root@stinson.com |