# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE: § § | |
| § | CASE NO: 23-31037-swe7 |
| HIGHLAND SELECT EQUITY § | |
| MASTER FUND, L.P. § | |
| § | Chapter 7 |
| DEBTOR. § | |

## TRUSTEE'S CASE STATUS

The Trustee wishes to advise the Court, creditors, and parties in interest that he is investigating the financial affairs of the Debtor through special counsel and anticipates the filing of a 9019 in the next ten days.

Respectfully Submitted,

  */s/ Scott M. Seidel*
   Scott M. Seidel

6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
CHAPTER 7 TRUSTEE