

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed March 5, 2025

_____
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| HIGHLAND SELECT EQUITY MASTER FUND, L.P. | Case No. 23-31037-swe7 |
| Debtor. | |

### ORDER GRANTING THE DUGABOY INVESTMENT TRUST'S MOTION FOR ORDER RELEASING ASSETS PURSUANT TO THE SETTLEMENT AGREEMENT

Upon consideration of The Dugaboy Investment Trust's Motion for Order Releasing Assets pursuant to the Settlement Agreement (the "Motion"), it is **HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**;

2. The delivery of 20,778 shares of the Referenced Security to Dugaboy or its designated agent is hereby authorized and approved; and

3. The Trustee is hereby authorized to assist and execute documents to facilitate the transfer, if necessary.

###End of Order###

CORE/3524155.0002/195306678.2