IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| § | CASE NO: 23-31037-swe-7 |
| HIGHLAND SELECT EQUITY MASTER § | |
| FUND, L.P. § | Chapter 7 |
| § | |
| § | |
| § | |
| DEBTOR. § | |
| § | |

**TRUSTEE'S CASE STATUS REPORT**

The Trustee wishes to advise the Court, creditors and parties in interest that he submitted his *Trustee's Final Report* to the office of the United States Trustee for review and approval to file with the Court on April 18, 2025.

Respectfully Submitted,

 */s/ Scott M. Seidel*
Scott M. Seidel

6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
CHAPTER 7 TRUSTEE