

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed June 10, 2025

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HIGHLAND SELECT EQUITY MASTER FUND, L.P. | § § § § | CASE NO: 23-31037-swe-7 |
| DEBTOR | § § § | |

### ORDER GRANTING APPLICATION OF LAIN, FAULKNER & CO., P.C. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2024 TO APRIL 22, 2025

The Court has considered the *Final Application for Compensation and Expenses* (the "Application") filed by Lain, Faulkner & Co., P.C. as Accountant to the Trustee in which they request compensation in the amount of $3,000.00 (voluntarily reduced by $2,643.50) and reimbursement of expenses in the amount of $0.00. The Court having determined that the request for compensation and expenses is in all things reasonable and the services were beneficial to the Estate and should be granted, it is therefore

**ORDERED** that Application is in all respects **GRANTED**; it is further

**ORDERED** that the compensation in the amount of $3,000.00 and reimbursement of expenses in the amount of $0.00 are allowed as a Chapter 7 administrative expense; and it is further

**ORDERED** that the Trustee be and hereby is authorized to immediately remit the foregoing payment of $3,000.00 to Lain, Faulkner & Co., P.C.

# # # **END OF ORDER** # # #

Submitted By: */s/ Scott M. Seidel*
Scott M. Seidel, Esq.
SBT 17999450
Seidel Law Firm
6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
General Counsel for the Chapter 7 Trustee