



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed June 10, 2025**

_____
**United States Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HIGHLAND SELECT EQUITY MASTER | § | CASE NO: 23-31037-swe-7 |
| FUND, L.P. | § | |
| | § | |
| DEBTOR | § | |
| | § | |

### ORDER GRANTING APPLICATION OF LAIN, FAULKNER & CO., P.C. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2024 TO APRIL 22, 2025

The Court has considered the *Final Application for Compensation and Expenses* (the "Application") filed by Lain, Faulkner & Co., P.C. as Accountant to the Trustee in which they request compensation in the amount of $3,000.00 (voluntarily reduced by $2,643.50) and reimbursement of expenses in the amount of $0.00. The Court having determined that the request for compensation and expenses is in all things reasonable and the services were beneficial to the Estate and should be granted, it is therefore

**ORDERED** that Application is in all respects **GRANTED**; it is further

**ORDERED** that the compensation in the amount of $3,000.00 and reimbursement of expenses in the amount of $0.00 are allowed as a Chapter 7 administrative expense; and it is further

**ORDERED** that the Trustee be and hereby is authorized to immediately remit the foregoing payment of $3,000.00 to Lain, Faulkner & Co., P.C.

# # #  **END OF ORDER**  # # #

Submitted By:  /s/ *Scott M. Seidel*
Scott M. Seidel, Esq.
SBT   17999450
Seidel Law Firm
6505 W. Park Blvd., Suite 306
Plano, Texas  75093
Telephone:  (214) 234-2500
scott@scottseidel.com
General Counsel for the Chapter 7 Trustee

United States Bankruptcy Court

Northern District of Texas

In re:  
Highland Select Equity Master Fund, L.P.  
    Debtor

Case No. 23-31037-swe  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0539-3      User: admin      Page 1 of 2  
Date Rcvd: Jun 10, 2025      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| acc | + Lain Faulkner & Co., PC, 400 N. St. Paul Street, Suite 600, Dallas, TX 75201-6897 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Deborah Rose Deitsch-Perez | on behalf of Creditor The Dugaboy Investment Trust deborah.deitschperez@stinson.com  patricia.tomasky@stinson.com |
| Gregory V. Demo | on behalf of Creditor Highland Capital Management  L.P. gdemo@pszjlaw.com, jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com |
| Hayley R Winograd | on behalf of Creditor Highland Capital Management  L.P. hwinograd@pszjlaw.com |
| Hudson M. Jobe | on behalf of Debtor Highland Select Equity Master Fund  L.P. hjobe@jobelawpllc.com, cswoveland@jobelawpllc.com |
| Jeffrey Nathan Pomerantz | on behalf of Creditor Highland Capital Management  L.P. jpomerantz@pszjlaw.com |
| Jerry C. Alexander | |

| | |
|---|---|
| | on behalf of Trustee Scott M. Seidel alexanderj@passmanjones.com  chandlers@passmanjones.com |
| John A Morris | on behalf of Creditor Highland Capital Management  L.P. jmorris@pszjlaw.com |
| Melissa S. Hayward | on behalf of Creditor Highland Capital Management  L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com |
| Scott M. Seidel | on behalf of Trustee Scott M. Seidel scott@scottseidel.com  susan.seidel@earthlink.net;sms01@trustesolutions.net |
| Scott M. Seidel | on behalf of Accountant Lain Faulkner & Co.  PC scott@scottseidel.com, susan.seidel@earthlink.net;sms01@trustesolutions.net |
| Scott M. Seidel | scott@scottseidel.com  susan.seidel@earthlink.net;sms01@trustesolutions.net |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| Zachery Z. Annable | on behalf of Creditor Highland Capital Management  L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com |

TOTAL: 13