**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **HIGHLAND SELECT EQUITY** | § | Case No. 3:23-BK-31037-swe-7 |
| **MASTER FUND, L.P.** | § | |
| | § | |
| | § | |
| | § | |
| **Debtor** | | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/25/2023. The undersigned trustee was appointed on 05/25/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                              $1,315,171.27

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $70,572.29 |
   | Bank service fees | $1,923.70 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $1,242,675.28 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/16/2023 and the deadline for filing government claims was 11/21/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $62,705.14. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $26,575.00 as interim compensation and now requests the sum of $36,130.14, for a total compensation of $62,705.14[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $1,425.38, for total expenses of $1,425.38.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/16/2025        By:  /s/ Scott M. Seidel
                                    Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1   Exhibit A

| Case No.: | 23-31037-SWE | Trustee Name: | Scott M. Seidel |
| Case Name: | HIGHLAND SELECT EQUITY MASTER FUND, L.P. | Date Filed (f) or Converted (c): | 05/25/2023 (f) |
| For the Period Ending: | 7/16/2025 | §341(a) Meeting Date: | 06/20/2023 |
| | | Claims Bar Date: | 11/16/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Jeffereis & Co., Inc. Prime Brokerage services | $635,267.93 | $635,267.93 | | $637,870.34 | FA |
| 2 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Duplicate of asset 1 | | | | | |
| 3 | UDFI - stock Percentage of ownership is unknown This investment may have residual value, but since a discrete value is unknown, an amount of zero has been populated in the total section on lines 17 and 83 because "unknown" is not available % | Unknown | $5.00 | | $63,283.68 | FA |
| **Asset Notes:** | Motion to Compromise DN 94 | | | | | |
| | Order granting Motion to Compromise DN 98 | | | | | |
| 4 | AA Claims Pool Percentage of ownership is unknown This investment may have residual value, but since a discrete value is unknown, an amount of zero has been populated in the total section on lines 17 and 83 because "unknown" is not available % | Unknown | $5.00 | | $0.00 | FA |
| **Asset Notes:** | Monetary amounts yet to be fully determined. | | | | | |
| | Due to the instruction from the office of the United States Trustee, the amount may not be valued at $0.00 or unknown. | | | | | |
| | For that fact only, the amount listed is only a placeholder to comply with instructions and cannot be used in any evidence, testimony or proceedings concerning this case. | | | | | |
| 5 | Possible preference claim against Highland Capital Management LP for repayment of insider debt | $363,093.00 | $363,093.00 | | $363,093.00 | FA |
| **Asset Notes:** | Motion to Compromise DN 68 | | | | | |
| | Order granting Motion to Compromise DN 77 | | | | | |
| 6 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | DUPLICATE OF ASSET 5 | | | | | |
| | VOID | | | | | |
| | Motion to Compromise DN 68 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit A

| Case No.: | 23-31037-SWE | Trustee Name: | Scott M. Seidel |
|---|---|---|---|
| Case Name: | HIGHLAND SELECT EQUITY MASTER FUND, L.P. | Date Filed (f) or Converted (c): | 05/25/2023 (f) |
| For the Period Ending: | 7/16/2025 | §341(a) Meeting Date: | 06/20/2023 |
| | | Claims Bar Date: | 11/16/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Order granting Compromise DN 77 | | | | | |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Undisclosed bank account | (u) | Unknown | $0.00 | | $250,924.25 | FA |
| Asset Notes: | Undisclosed bank account in debtor's name | | | | | |

**TOTALS (Excluding unknown value)**

| | | | **Gross Value of Remaining Assets** |
|---|---|---|---|
| $998,360.93 | $998,370.93 | $1,315,171.27 | $0.00 |

**Major Activities affecting case closing:**

| 12/31/2024 | 9019 has been approved and funded |
| 12/22/2023 | Trustee through special counsel investigating potential claims and settlement of same |

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2028 | **Current Projected Date Of Final Report (TFR):** | 07/31/2025 | /s/ SCOTT M. SEIDEL |
|---|---|---|---|---|
| | | | | SCOTT M. SEIDEL |

**FORM 2**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page No.: 1　　Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 23-31037-SWE | | Trustee Name: | Scott M. Seidel |
|---|---|---|---|---|
| Case Name: | HIGHLAND SELECT EQUITY MASTER FUND, L.P. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0466 | | Checking Acct #: | ******0028 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | debtor Highland Select Equity Master Fund, LP |
| For Period Beginning: | 5/25/2023 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 7/16/2025 | | Separate bond (if applicable): | $1,300,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/22/2023 | (1) | Highland Select Equity Master | account funds turnover | 1129-000 | $637,870.34 | | $637,870.34 |
| 07/05/2023 | 5001 | George Adams & Company Ins. Agency | Invoice # 9468 policy # 7901113522 Nationwide Mutual Insurance/ Allied Insurance | 2300-000 | | $575.00 | $637,295.34 |
| 12/13/2023 | 5002 | George Adams & Co. Ins. Agency, Inc. | Invoice #9685 Policy #7901113522 12/19/2023 - 6/19/2024 | 2300-000 | | $575.00 | $636,720.34 |
| 05/21/2024 | 5003 | George Adams & Co. Insurance Agency, LLC | Bond 6/19/2024 - 12/19/2024 Policy # 7901113522 Invoice 9894 | 2300-000 | | $575.00 | $636,145.34 |
| 07/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $915.03 | $635,230.31 |
| 08/29/2024 | (5) | Highland Capital Management, LP | Motion to Compromise DN 68 Order granting Compromise DN 77 | 1129-000 | $363,093.00 | | $998,323.31 |
| 08/30/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,008.67 | $997,314.64 |
| 09/25/2024 | 5004 | Scott M. Seidel | Order granting first application DN 86 | 2100-000 | | $26,575.00 | $970,739.64 |
| 12/16/2024 | (7) | Highland Select Equity Master | Pursuant to Order DN 77 | 1229-000 | $200,000.00 | | $1,170,739.64 |
| 12/16/2024 | 5005 | Passman Jones | Pursuant to Order DN 93 | 3210-000 | | $37,047.50 | $1,133,692.14 |
| 12/16/2024 | 5006 | PASSMAN & JONES, P.C. | Pursuant to Order DN 93 | 3220-000 | | $151.79 | $1,133,540.35 |
| 12/31/2024 | (3) | HIGHLAND SELECT EQUITY MASTER | CUSSIP 910187103 interest and dividend payments | 1129-000 | $63,283.68 | | $1,196,824.03 |
| 01/23/2025 | 5007 | George Adams & Co. Ins. Agency, LLC | Invoice 9982 Acct 7901113522 December 19, 2024- June 19, 2025 | 2300-000 | | $1,098.00 | $1,195,726.03 |
| 04/14/2025 | (7) | Highland Select Equity Master | | 1229-000 | $50,924.25 | | $1,246,650.28 |
| 06/11/2025 | 5008 | Lain Faulkner & Co. PC | Pursuant to Order DN 103 | 3410-000 | | $3,000.00 | $1,243,650.28 |
| 07/11/2025 | 5009 | George Adams & Co. Ins. Agency, LLC | Invoice 10030 policy 7901113522 June 19 - December 19, 2025 | 2300-000 | | $975.00 | $1,242,675.28 |

**SUBTOTALS**　　$1,315,171.27　　$72,495.99

**FORM 2**

Page No: 2          Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 23-31037-SWE | Trustee Name: | Scott M. Seidel |
|---|---|---|---|
| Case Name: | HIGHLAND SELECT EQUITY MASTER FUND, L.P. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0466 | Checking Acct #: | ******0028 |
| Co-Debtor Taxpayer ID #: | | Account Title: | debtor Highland Select Equity Master Fund, LP |
| For Period Beginning: | 5/25/2023 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 7/16/2025 | Separate bond (if applicable): | $1,300,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | **TOTALS:** |  | $1,315,171.27 | $72,495.99 | $1,242,675.28 |
|  |  | **Less: Bank transfers/CDs** |  | $0.00 | $0.00 |  |
|  |  | **Subtotal** |  | $1,315,171.27 | $72,495.99 |  |
|  |  | **Less: Payments to debtors** |  | $0.00 | $0.00 |  |
|  |  | **Net** |  | $1,315,171.27 | $72,495.99 |  |

| For the period of 5/25/2023 to 7/16/2025 | | For the entire history of the account between 06/19/2023 to 7/16/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,315,171.27 | Total Compensable Receipts: | $1,315,171.27 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,315,171.27 | Total Comp/Non Comp Receipts: | $1,315,171.27 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $72,495.99 | Total Compensable Disbursements: | $72,495.99 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $72,495.99 | Total Comp/Non Comp Disbursements: | $72,495.99 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3                Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No. | 23-31037-SWE | Trustee Name: | Scott M. Seidel |
| Case Name: | HIGHLAND SELECT EQUITY MASTER FUND, L.P. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0466 | Checking Acct #: | ******0028 |
| Co-Debtor Taxpayer ID #: | | Account Title: | debtor Highland Select Equity Master Fund, LP |
| For Period Beginning: | 5/25/2023 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 7/16/2025 | Separate bond (if applicable): | $1,300,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,315,171.27 | $72,495.99 | $1,242,675.28 |

**For the period of 5/25/2023 to 7/16/2025**

| | |
|---|---|
| Total Compensable Receipts: | $1,315,171.27 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,315,171.27 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $72,495.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $72,495.99 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/25/2023 to 7/16/2025**

| | |
|---|---|
| Total Compensable Receipts: | $1,315,171.27 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,315,171.27 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $72,495.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $72,495.99 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ SCOTT M. SEIDEL

SCOTT M. SEIDEL

CLAIM ANALYSIS REPORT  Page No: 1  Exhibit C

| Case No.: | 23-31037-SWE | | | Trustee Name: | Scott M. Seidel |
| Case Name: | HIGHLAND SELECT EQUITY MASTER FUND, L.P. | | | Date: | 7/16/2025 |
| Claims Bar Date: | 11/16/2023 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SCOTT M. SEIDEL  6505 West Park Blvd., Suite 306  Plano TX 75093 | 06/16/2023 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $1,425.38 | $1,425.38 | $0.00 | $0.00 | $0.00 | $1,425.38 |
| | SCOTT M. SEIDEL  6505 West Park Blvd., Suite 306  Plano TX 75093 | 08/29/2024 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $62,705.14 | $62,705.14 | $26,575.00 | $0.00 | $0.00 | $36,130.14 |
| **Claim Notes:** | First Interim Application for Compensation DN 79  Order granting First Interim Application for Compensation DN 86 | | | | | | | | | | | |
| | PASSMAN JONES  1201 Elm Street  Suite 2500  Dallas TX 75270-2599 | 10/02/2024 | Special Counsel for Trustee Fees | Allowed | 3210-000 | $0.00 | $37,047.50 | $37,047.50 | $37,047.50 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Fee Application DN 87  Order granting Fee Application DN 93 | | | | | | | | | | | |
| | PASSMAN & JONES, P.C.  1201 Elm Street  Suite 2500  Dallas TX 75270 | 10/02/2024 | Special Counsel for Trustee Expenses | Allowed | 3220-000 | $0.00 | $151.79 | $151.79 | $151.79 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Fee Application DN 87  Order granting Fee Application DN 93 | | | | | | | | | | | |
| | LAIN FAULKNER & CO. PC  400 North Saint Paul  Suite 600  Dallas TX 75201 | 04/18/2025 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $3,000.00 | $3,000.00 | $3,000.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Application for Compensation DN 99  Order granting Application for Compensation DN 103 | | | | | | | | | | | |
| 1 | THE DUGABOY INVESTMENT TRUST  300 Crescent Court Ste 700  Dallas TX 75201 | 11/14/2023 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,850,000.00 | $9,850,000.00 | $0.00 | $0.00 | $0.00 | $9,850,000.00 |
| | | | | | | **$9,954,329.81** | **$9,954,329.81** | **$66,774.29** | **$0.00** | **$0.00** | | **$9,887,555.52** |

CLAIM ANALYSIS REPORT

Page No: 2

Exhibit C

| | | | | |
|---|---|---|---|---|
| **Case No.** | 23-31037-SWE | | **Trustee Name:** | Scott M. Seidel |
| **Case Name:** | HIGHLAND SELECT EQUITY MASTER FUND, L.P. | | **Date:** | 7/16/2025 |
| **Claims Bar Date:** | 11/16/2023 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) | $3,000.00 | $3,000.00 | $3,000.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured § 726(a)(2) | $9,850,000.00 | $9,850,000.00 | $0.00 | $0.00 | $0.00 | $9,850,000.00 |
| Special Counsel for Trustee Expenses | $151.79 | $151.79 | $151.79 | $0.00 | $0.00 | $0.00 |
| Special Counsel for Trustee Fees | $37,047.50 | $37,047.50 | $37,047.50 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $62,705.14 | $62,705.14 | $26,575.00 | $0.00 | $0.00 | $36,130.14 |
| Trustee Expenses | $1,425.38 | $1,425.38 | $0.00 | $0.00 | $0.00 | $1,425.38 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 3:23-BK-31037-swe-7
Case Name: HIGHLAND SELECT EQUITY MASTER FUND, L.P.
Trustee Name: Scott M. Seidel

|  |  |
|---|---:|
| Balance on hand: | $1,242,675.28 |

Claims of secured creditors will be paid as follows: NONE

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $1,242,675.28 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Scott M. Seidel, Trustee Fees | $62,705.14 | $26,575.00 | $36,130.14 |
| Scott M. Seidel, Trustee Expenses | $1,425.38 | $0.00 | $1,425.38 |
| Passman Jones, Attorney for Trustee Fees | $37,047.50 | $37,047.50 | $0.00 |
| PASSMAN & JONES, P.C., Attorney for Trustee Expenses | $151.79 | $151.79 | $0.00 |
| Lain Faulkner & Co. PC, Accountant for Trustee Fees | $3,000.00 | $3,000.00 | $0.00 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $37,555.52 |
| Remaining balance: | $1,205,119.76 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $1,205,119.76 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

| | Total to be paid to priority claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $1,205,119.76 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $9,850,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | The Dugaboy Investment Trust | $9,850,000.00 | $0.00 | $1,205,119.76 |

| | Total to be paid to timely general unsecured claims: | $1,205,119.76 |
|---|---|---|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | Total to be paid for subordinated claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |