TFRCOV (rev. 07/09)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

In Re: §
Highland Select Equity Master Fund, L.P. §　　Case No.: 23−31037−swe7
　　　　　　　　　　　　　　　　　　　§　　Chapter No.: 7
　　　　　　　　　　　　　　Debtor(s) §

# DIRECTIVES TO PARTIES IN INTEREST REGARDING CONSIDERATION OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION

　　The Trustee's Final Report and Application for Compensation referenced in the Notice (NFR) is available for public inspection in the office of the United States Bankruptcy Court.

　　The Trustee's Final Report is also available through PACER, appropriate charges for this service will be assessed.

　　Any person wishing to object to the Trustee's Final Report or the Application for Compensation contained therein must file a written objection with the Clerk of the United States Bankruptcy Court and serve a copy of such objection upon the trustee and the United States Trustee **within thirty (30) days of the date of this notice**. If no objection to the Final Report is timely filed and served, the Trustee may pay dividends contemplated by the Final Report pursuant to FRBP 3009 without further order of the Court. In such event, the notice required under FRBP 5009 shall be deemed satisfied and the presumption contemplated by that rule shall be invoked upon the filing of the Trustee's certification that the estate has been fully administered [the TDR].

　　If a written objection is filed in either instance, a hearing shall be scheduled and the Court will send notice of the scheduled hearing to you.

Date: 7/17/25　　　　　　By: /s/ Scott M. Seidel

　　　　　　　　　　　　　Seidel Law Firm
　　　　　　　　　　　　　6505 W. Park Blvd., Suite 306
　　　　　　　　　　　　　Plano, TX 75093

　　　　　　　　　　　　　(214) 234−2500

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 23-31037-swe |
| Highland Select Equity Master Fund, L.P. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 17, 2025 | Form ID: tfrcov | Total Noticed: 15 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Highland Select Equity Master Fund, L.P., 100 Crescent Court, Suite 1850, Dallas, TX 75201-7817 |
| aty | + | Jeffrey N. Pomerantz, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4003 |
| aty | | Jeremy A. Root, Stinson LLP, 230 W. McCarty Street, Jefferson City, MO 65101-1553 |
| aty | + | Passman & Jones, PC, 2500 Renaissance Tower, 1201 Elm Street, Dallas, TX 75270-2102 |
| acc | + | Lain Faulkner & Co., PC, 400 N. St. Paul Street, Suite 600, Dallas, TX 75201-6897 |
| 20157144 | + | Deborah Deitsch Perez, Stinson LLP, 2200 Ross Avenue, Suite 2900, Dallas, TX 75201-2733 |
| 20157145 | + | Highland Capital Management, LP, 100 Crescent Court, Suite 1850, Dallas, TX 75201-7817 |
| 20157147 | + | Mazin Sbaiti, Sbaiti & Company PLLC, Sbaiti & Company PLLC, 2200 Ross Avenue, Suite 49900W, Dallas, TX 75201-2708 |
| 20157148 | + | Pachulski, Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd, 13th Floor, Los Angeles, CA 90067-4003 |
| 20157149 | + | The Dugaboy Investment Trust, c/o Heller, Draper & Horn, L.L.C., 650 Poydras St., Suite 2500, New Orleans, LA 70130-6175 |
| 20297426 | + | The Dugaboy Investment Trust, 300 Crescent Court Ste 700, Dallas, TX 75201-7849 |
| 20157151 | | U.S. Attorney, Office of the U.S. Attorney, 3d Floor, 1100 Commerce St., Dallas, TX 75242 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 20157146 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 17 2025 21:58:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 20157150 | | Email/Text: pacer@cpa.state.tx.us | Jul 17 2025 21:58:00 | TX Comptroller of Public Accounts, Revenue Accounting Division, Bankruptcy Section PO Box 13528, Austin, TX 78711 |
| 20157152 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Jul 17 2025 21:58:00 | United States Trustee, 1100 Commerce Street Room 976, Dallas, TX 75242-0996 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2025         Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2025 at the address(es) listed below:**

**Name**     **Email Address**

Deborah Rose Deitsch-Perez
on behalf of Creditor The Dugaboy Investment Trust deborah.deitschperez@stinson.com patricia.tomasky@stinson.com

Gregory V. Demo
on behalf of Creditor Highland Capital Management L.P. gdemo@pszjlaw.com, jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com

Hayley R Winograd
on behalf of Creditor Highland Capital Management L.P. hwinograd@pszjlaw.com

Hudson M. Jobe
on behalf of Debtor Highland Select Equity Master Fund L.P. hjobe@jobelawpllc.com, cswoveland@jobelawpllc.com

Jeffrey Nathan Pomerantz
on behalf of Creditor Highland Capital Management L.P. jpomerantz@pszjlaw.com

Jerry C. Alexander
on behalf of Trustee Scott M. Seidel alexanderj@passmanjones.com chandlers@passmanjones.com

John A Morris
on behalf of Creditor Highland Capital Management L.P. jmorris@pszjlaw.com

Melissa S. Hayward
on behalf of Creditor Highland Capital Management L.P. MHayward@HaywardFirm.com, mholmes@HaywardFirm.com

Scott M. Seidel
on behalf of Accountant Lain Faulkner & Co. PC scott@scottseidel.com, susan.seidel@earthlink.net;sms01@trustesolutions.net

Scott M. Seidel
scott@scottseidel.com susan.seidel@earthlink.net;sms01@trustesolutions.net

Scott M. Seidel
on behalf of Trustee Scott M. Seidel scott@scottseidel.com susan.seidel@earthlink.net;sms01@trustesolutions.net

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Zachery Z. Annable
on behalf of Creditor Highland Capital Management L.P. zannable@haywardfirm.com, mholmes@haywardfirm.com

TOTAL: 13