**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HIGHLAND SELECT EQUITY | § | CASE NO. 3:23-BK-31037-swe-7 |
| MASTER FUND, L.P. | § | |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | |

### CERTIFICATE OF NO RESPONSE/NO OBJECTIONS (Docket Nos. 105, 106 and 111)

On July 16, 2025, the office of the United States Trustee approved and filed the Trustee's Final Report (the "*TFR*") prepared by Scott M. Seidel, the Chapter 7 Trustee (the *"Movant"*) in the referenced case. Notice of the filing of the TFR was served to creditors (Doc. No. 106).

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), the Movant gave notice of a response deadline of at least thirty-three (33) days after service of the TFR. Responses were to be served no later than August 18, 2025. Objections to the TFR were to have been served on the Movant. As of the filing date of this Certificate, the Movant has received neither objections nor responses to the TFR and the docket reflects that neither objections nor responses have been filed.

Subsequent to the filing of the TFR, interest was deposited into the estate account. The Trustee prepared an *Amended TFR* to properly account for the interest deposit and to record that the total amount of the interest would be disbursed to the one creditor in this case.

Pursuant to Fed. R. Bankr. P. 3009, without further order of the Court, the Trustee will proceed to distribute the estate funds as contemplated in the *Amended TFR*.

Respectfully submitted,

*/s/ Scott M. Seidel*
Scott M. Seidel, Esq.
State Bar No. 17999450
6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: 214-234-2500
scott@scottseidel.com
CHAPTER 7 TRUSTEE