**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | |
| HIGHLAND SELECT EQUITY § | CASE NO: 23-31037-swe-7 |
| MASTER FUND, L.P. § | |
| § | |
| DEBTOR § | |

**CERTIFICATE OF NO RESPONSE/NO OBJECTIONS (Docket No. 109 and 110)**

On August 4, 2025, Scott M. Seidel, chapter 7 Trustee (the *"Movant"*) in the referenced case, filed and served his Application for Compensation (the *"Motion"*). Summary of Trustee compensation and expenses was served to creditors [Doc. No. 110]. Pursuant to Local Bankruptcy Rule 9007.1(b), as part of the Motion and Summary, the Movant gave notice of a response deadline of 24 days after service of the Motion and Summary. Responses were to be served no later than August 28, 2025. Any objections to the Motion were to have been served on the Movant. As of the filing date of this Certificate, the Movant has received neither objections nor responses to the Motion and Summary and the docket reflects that neither objections nor responses have been filed with the Court.

Respectfully submitted,

*/s/ Scott M. Seidel*
State Bar No. 17999450
Seidel Law Firm
6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
THE CHAPTER 7 TRUSTEE