

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 9, 2025**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HIGHLAND SELECT EQUITY | § | CASE NO. 3:23-BK-31037-swe-7 |
| MASTER FUND, L.P. | § | |
| | § | CHAPTER 7 |
| Debtor | § | |

### ORDER APPROVING TRUSTEE'S APPLICATION FOR
### COMPENSATION AND REIMBURSEMENT OF EXPENSES

The Court has considered the *Application for Trustee's Compensation and Expenses* (the *"Application"*) filed by Scott M. Seidel, the Chapter 7 Trustee for the estate, who requests compensation in the total amount of $62,705.15 ($26,575.00 previously paid) and reimbursement of expenses in the amount of $1,425.38. The Court finds that Notice was proper, no objections to the Application were filed, the services and expenses were actual, reasonable and necessary and inured to the benefit of the estate and that the request for reimbursement of expenses should be granted, **IT IS THEREFORE**

**ORDERED** that pursuant to Sections 105, 326, 327, 330, 331, 506 and 507 of the United States Bankruptcy Code, the Application is in all respects **GRANTED**; it is further

**ORDERED** that the Trustee's compensation in the total amount of $62,705.14 ($26,575.00 of which was previously approved and paid) and reimbursement of expenses in the

total amount of $1,425.38 are allowed on a final basis and the Trustee is hereby authorized to immediately remit payment of the $37,555.52 as a chapter 7 administrative priority claim.

# # # **END OF ORDER** # # #