UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § § § | |
| **HIGHLAND SELECT EQUITY MASTER FUND, L.P** | § § § § § | Case No. 3:23-BK-31037-swe-7 |
| **Debtor(s)** | | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

Scott M. Seidel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $1,208,399.13 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $110,051.51 | | |

3) Total gross receipts of $1,318,450.64 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $1,318,450.64 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $110,051.51 | $110,051.51 | $110,051.51 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $7,889,929.15 | $9,850,000.00 | $9,850,000.00 | $1,208,399.13 |
| **Total Disbursements** | $7,889,929.15 | $9,960,051.51 | $9,960,051.51 | $1,318,450.64 |

4). This case was originally filed under chapter 7 on 05/25/2023. The case was pending for 29 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/15/2025          By:   /s/ Scott M. Seidel
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Jeffereis & Co., Inc. Prime Brokerage services | 1129-000 | $637,870.34 |
| Possible preference claim against Highland Capital Management LP for repayment of insider debt | 1129-000 | $363,093.00 |
| UDFI - stock Percentage of ownership is unknown This investment may have residual value, but since a discrete value is u | 1129-000 | $63,283.68 |
| Undisclosed bank account | 1229-000 | $250,924.25 |
| Interest Earned | 1270-000 | $3,279.37 |
| **TOTAL GROSS RECEIPTS** | | **$1,318,450.64** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Scott M. Seidel, Trustee | 2100-000 | NA | $62,705.14 | $62,705.14 | $62,705.14 |
| Scott M. Seidel, Trustee | 2200-000 | NA | $1,425.38 | $1,425.38 | $1,425.38 |
| George Adams & Co. Ins. Agency, Inc. | 2300-000 | NA | $575.00 | $575.00 | $575.00 |
| George Adams & Co. Ins. Agency, LLC | 2300-000 | NA | $2,073.00 | $2,073.00 | $2,073.00 |
| George Adams & Co. Insurance Agency, LLC | 2300-000 | NA | $575.00 | $575.00 | $575.00 |
| George Adams & Company Ins. Agency | 2300-000 | NA | $575.00 | $575.00 | $575.00 |
| Pinnacle Bank | 2600-000 | NA | $1,923.70 | $1,923.70 | $1,923.70 |
| Passman Jones, Attorney for Trustee | 3210-000 | NA | $37,047.50 | $37,047.50 | $37,047.50 |
| PASSMAN & JONES, P.C., Attorney for Trustee | 3220-000 | NA | $151.79 | $151.79 | $151.79 |
| Lain Faulkner & Co. PC, Accountant for | 3410-000 | NA | $3,000.00 | $3,000.00 | $3,000.00 |

UST Form 101-7-TDR (10/1/2010)

| Trustee | | | | |
|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | NA | $110,051.51 | $110,051.51 | $110,051.51 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | The Dugaboy Investment Trust | 7100-000 | $0.00 | $9,850,000.00 | $9,850,000.00 | $1,208,399.13 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $9,850,000.00 | $9,850,000.00 | $1,208,399.13 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1   Exhibit 8

| Case No.: | 23-31037-SWE | Trustee Name: | Scott M. Seidel |
|---|---|---|---|
| Case Name: | HIGHLAND SELECT EQUITY MASTER FUND, L.P. | Date Filed (f) or Converted (c): | 05/25/2023 (f) |
| For the Period Ending: | 10/15/2025 | §341(a) Meeting Date: | 06/20/2023 |
| | | Claims Bar Date: | 11/16/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Jeffereis & Co., Inc. Prime Brokerage services | $635,267.93 | $635,267.93 | | $637,870.34 | FA |
| 2 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Duplicate of asset 1 | | | | | |
| 3 | UDFI - stock Percentage of ownership is unknown This investment may have residual value, but since a discrete value is unknown, an amount of zero has been populated in the total section on lines 17 and 83 because "unknown" is not available % | Unknown | $5.00 | | $63,283.68 | FA |
| **Asset Notes:** | Motion to Compromise DN 94  Order granting Motion to Compromise DN 98 | | | | | |
| 4 | AA Claims Pool Percentage of ownership is unknown This investment may have residual value, but since a discrete value is unknown, an amount of zero has been populated in the total section on lines 17 and 83 because "unknown" is not available % | Unknown | $5.00 | | $0.00 | FA |
| **Asset Notes:** | Monetary amounts yet to be fully determined. Due to the instruction from the office of the United States Trustee, the amount may not be valued at $0.00 or unknown. For that fact only, the amount listed is only a placeholder to comply with instructions and cannot be used in any evidence, testimony or proceedings concerning this case. | | | | | |
| 5 | Possible preference claim against Highland Capital Management LP for repayment of insider debt | $363,093.00 | $363,093.00 | | $363,093.00 | FA |
| **Asset Notes:** | Motion to Compromise DN 68  Order granting Motion to Compromise DN 77 | | | | | |
| 6 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | DUPLICATE OF ASSET 5  VOID  Motion to Compromise DN 68 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2  Exhibit 8

| Case No.: | 23-31037-SWE | Trustee Name: | Scott M. Seidel |
| --- | --- | --- | --- |
| Case Name: | HIGHLAND SELECT EQUITY MASTER FUND, L.P. | Date Filed (f) or Converted (c): | 05/25/2023 (f) |
| For the Period Ending: | 10/15/2025 | §341(a) Meeting Date: | 06/20/2023 |
| | | Claims Bar Date: | 11/16/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Order granting Compromise DN 77 | | | | | |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 7 | Undisclosed bank account | (u) | Unknown | $0.00 | | $250,924.25 | FA |
| **Asset Notes:** | Undisclosed bank account in debtor's name | | | | | |
| INT | Interest Earned | (u) | Unknown | Unknown | | $3,279.37 | FA |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

$998,360.93   $998,370.93   $1,318,450.64   $0.00

---

**Major Activities affecting case closing:**

12/31/2024  9019 has been approved and funded
12/22/2023  Trustee through special counsel investigating potential claims and settlement of same

Initial Projected Date Of Final Report (TFR): 12/31/2028   Current Projected Date Of Final Report (TFR): 07/31/2025   /s/ SCOTT M. SEIDEL
SCOTT M. SEIDEL

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 23-31037-SWE | | Trustee Name: | Scott M. Seidel |
|---|---|---|---|---|
| Case Name: | HIGHLAND SELECT EQUITY MASTER FUND, L.P. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0466 | | Checking Acct #: | ******0028 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | debtor Highland Select Equity Master Fund, LP |
| For Period Beginning: | 5/25/2023 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 10/15/2025 | | Separate bond (if applicable): | $1,300,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/22/2023 | (1) | Highland Select Equity Master | account funds turnover | 1129-000 | $637,870.34 | | $637,870.34 |
| 07/05/2023 | 5001 | George Adams & Company Ins. Agency | Invoice # 9468<br>policy # 7901113522 Nationwide Mutual Insurance/ Allied Insurance | 2300-000 | | $575.00 | $637,295.34 |
| 12/13/2023 | 5002 | George Adams & Co. Ins. Agency, Inc. | Invoice #9685<br>Policy #7901113522<br>12/19/2023 - 6/19/2024 | 2300-000 | | $575.00 | $636,720.34 |
| 05/21/2024 | 5003 | George Adams & Co. Insurance Agency, LLC | Bond 6/19/2024 - 12/19/2024<br>Policy # 7901113522<br>Invoice 9894 | 2300-000 | | $575.00 | $636,145.34 |
| 07/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $915.03 | $635,230.31 |
| 08/29/2024 | (5) | Highland Capital Management, LP | Motion to Compromise DN 68<br>Order granting Compromise DN 77 | 1129-000 | $363,093.00 | | $998,323.31 |
| 08/30/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,008.67 | $997,314.64 |
| 09/25/2024 | 5004 | Scott M. Seidel | Order granting first application DN 86 | 2100-000 | | $26,575.00 | $970,739.64 |
| 12/16/2024 | (7) | Highland Select Equity Master | Pursuant to Order DN 77 | 1229-000 | $200,000.00 | | $1,170,739.64 |
| 12/16/2024 | 5005 | Passman Jones | Pursuant to Order DN 93 | 3210-000 | | $37,047.50 | $1,133,692.14 |
| 12/16/2024 | 5006 | PASSMAN & JONES, P.C. | Pursuant to Order DN 93 | 3220-000 | | $151.79 | $1,133,540.35 |
| 12/31/2024 | (3) | HIGHLAND SELECT EQUITY MASTER | CUSSIP 910187103 interest and dividend payments | 1129-000 | $63,283.68 | | $1,196,824.03 |
| 01/23/2025 | 5007 | George Adams & Co. Ins. Agency, LLC | Invoice 9982<br>Acct 7901113522 December 19, 2024- June 19, 2025 | 2300-000 | | $1,098.00 | $1,195,726.03 |
| 04/14/2025 | (7) | Highland Select Equity Master | | 1229-000 | $50,924.25 | | $1,246,650.28 |
| 06/11/2025 | 5008 | Lain Faulkner & Co. PC | Pursuant to Order DN 103 | 3410-000 | | $3,000.00 | $1,243,650.28 |
| 07/11/2025 | 5009 | George Adams & Co. Ins. Agency, LLC | Invoice 10030<br>policy 7901113522<br>June 19 - December 19, 2025 | 2300-000 | | $975.00 | $1,242,675.28 |
| 07/31/2025 | (INT) | Pinnacle Bank | Interest Deposit | 1270-000 | $1,430.25 | | $1,244,105.53 |
| 08/26/2025 | 5010 | The Dugaboy Investment Trust | VOIDED DUE TO INTEREST DEPOSIT 7/31/2025 AND NEED FOR NEW TFR | 7100-000 | | $1,205,119.76 | $38,985.77 |
| | | | **SUBTOTALS** | | $1,316,601.52 | $1,277,615.75 | |

**FORM 2**

Page No: 2    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 23-31037-SWE | Trustee Name: | Scott M. Seidel |
|---|---|---|---|
| Case Name: | HIGHLAND SELECT EQUITY MASTER FUND, L.P. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0466 | Checking Acct #: | ******0028 |
| Co-Debtor Taxpayer ID #: | | Account Title: | debtor Highland Select Equity Master Fund, LP |
| For Period Beginning: | 5/25/2023 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 10/15/2025 | Separate bond (if applicable): | $1,300,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/26/2025 | 5011 | Scott M. Seidel | VOIDED DUE TO INTEREST DEPOSIT 7/31/2025 POST-TFR AND NEED FOR NEW TFR | 2200-000 | | $1,425.38 | $37,560.39 |
| 08/27/2025 | 5010 | VOID: The Dugaboy Investment Trust | | 7100-003 | | ($1,205,119.76) | $1,242,680.15 |
| 08/27/2025 | 5011 | VOID: Scott M. Seidel | | 2200-003 | | ($1,425.38) | $1,244,105.53 |
| 08/29/2025 | 5012 | The Dugaboy Investment Trust | | 7100-000 | | $1,206,550.01 | $37,555.52 |
| 08/31/2025 | (INT) | Pinnacle Bank | Interest Deposit | 1270-000 | $1,849.12 | | $39,404.64 |
| 09/10/2025 | 5013 | Scott M. Seidel | Order granting Final Fee Application DN 115 | 2200-000 | | $1,425.38 | $37,979.26 |
| 09/10/2025 | 5014 | Scott M. Seidel | Final Order DN 115 | 2100-000 | | $36,130.14 | $1,849.12 |
| 09/16/2025 | 5015 | The Dugaboy Investment Trust | Claim #: 1; Amount Allowed: 9,850,000.00; Distribution Dividend: 12.27; Account Number: ; | 7100-000 | | $1,849.12 | $0.00 |
| 09/30/2025 | (INT) | Pinnacle Bank | Interest Deposit | 1270-000 | $194.05 | | $194.05 |
| 10/06/2025 | | Pinnacle Bank | return of interest added to account in error by bank | 1270-000 | ($194.05) | | $0.00 |
| | | | **TOTALS:** | | $1,318,450.64 | $1,318,450.64 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,318,450.64 | $1,318,450.64 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $1,318,450.64 | $1,318,450.64 | |

For the period of 5/25/2023 to 10/15/2025

| | |
|---|---|
| Total Compensable Receipts: | $1,318,450.64 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,318,450.64 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $1,318,450.64 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,318,450.64 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 06/19/2023 to 10/15/2025

| | |
|---|---|
| Total Compensable Receipts: | $1,318,450.64 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,318,450.64 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $1,318,450.64 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,318,450.64 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3    Exhibit 9

| Case No. | 23-31037-SWE | | Trustee Name: | Scott M. Seidel |
|---|---|---|---|---|
| Case Name: | HIGHLAND SELECT EQUITY MASTER FUND, L.P. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0466 | | Checking Acct #: | ******0028 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | debtor Highland Select Equity Master Fund, LP |
| For Period Beginning: | 5/25/2023 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 10/15/2025 | | Separate bond (if applicable): | $1,300,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,318,450.64 | $1,318,450.64 | $0.00 |

**For the period of 5/25/2023 to 10/15/2025**

| | |
|---|---|
| Total Compensable Receipts: | $1,318,450.64 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,318,450.64 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,318,450.64 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,318,450.64 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/25/2023 to 10/15/2025**

| | |
|---|---|
| Total Compensable Receipts: | $1,318,450.64 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,318,450.64 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,318,450.64 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,318,450.64 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ SCOTT M. SEIDEL

SCOTT M. SEIDEL